IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:02-mj-02236 |
| | ) | |
| Plaintiff, | ) | ORDER ON GOVERNMENT'S |
| | ) | MOTION TO DISMISS |
| | ) | (Fed. R. Crim. P.  48 (a)) |
| v. | ) | |
| | ) | |
| FNU LNU, aka "CHATO," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

O R D E R

IT IS HEREBY ORDERED that the complaint in the above-entitled case be dismissed as to

FNU LNU, aka "CHATO" without prejudice and that the warrants previously issued for him be

recalled.

Dated: July 17, 2008                    /s/ OLIVER W. WANGER
                                        Honorable Oliver W. Wanger
                                        U.S. District Judge

1